IN THE

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA



**FILED**

JUL 2 0 2015

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

Robert Burke
Reg. No. 42996-066
(ATLANTA) U.S.P.
P.O. Box 150160
Atlanta, Ga. 30315

Case: 1:15-cv-01151
Assigned To : Sullivan, Emmet G.
Assign. Date : 7/20/2015
Description: Pro Se Gen. Civil (F)

**vs.**

**Executive Office of the
United States Attorney,
Counts I thur XXIV & LVI**

and

**Federal Bureau of Investigation,
Counts XXV Thur XXXXV**

and

**Federal Bureau of Prisons,
Counts XXXXVI Thur IL**

and

**United States Marshal's Service,
Counts L Thur LII**

and

**Internal Revenue Service
Counts LIII Thur LV**

**National Archives and Record
Record Administration at
MARYLAND & PHILADELPHIA.
(Counts LVII**



RECEIVED
Mail Room

JUL - 2 2015

Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia

**COMPLAINT**

**THE PARTIES**

1. Plaintiff **Robert Burke** is a citizen of Georgia residing at **U.S.P. Atlanta Atlanta, Georgia 30315.**

2. The Defendants are listed in the Caption of this herein case and are either and agency or a component of an agency of the United States.

## JURISDICTION AND VENUE

3. This action arises under the FREEDOM OF INFORMATION ACT (hereinafter "**FOIA**"), 5U.S.C. §552 and the PRIVACY ACT OF 1974 (hereinafter "**PA**", §552a.

4. This Court has Jurisdiction over the parties and subject matter pursuant to 5 U.S.C. §552(a)(4)(B) and 5 U.S.C. §552a(g)(5).

5. Venue is proper in this District pursuant to 5 U.S.C. §552(a)(4)(B) and 5 U.S.C. §552a (g)(5).

## VIOLATION OF THE FOIA/PA OF THE
## EXECUTIVE OFFICE OF THE UNITED STATES ATTORNEY
### Count I

6. This Count realleges and incorporates by reference all of the proceeding paragraphs.

7. Plaintiff sent a FOIA/PA request to the Executive Office of the United States Attorney via First Class Mail on or about **August 9, 2014** requesting copies of all records pertaining to the following:

1. Any reports, memorandum, or anything in writing on a "Plea" offered to Robert Burke, from the United States Attorney's Office for the Eastern District of Pennsylvania.

2. Any reports, memorandum or anything in writing on "Plea" that may have been offered, or planned to be offered to Robert Burke, from the United States Attorney's Office for the Eastern District of Pennsylvania

3. Any reports, memorandum, or anything in writing on **any** dealing with Robert Burke's attorney(s) concerning any aspect of a plea that was, or planned to be offered to Robert Burke.

8. This letter was dated **August 9, 2014.**

(2)

9. In a letter sent to Plaintiff dated **November 14, 2014** the Executive Office of the United States Attorney acknowledged receipt of Plaintiff's **FOIA/PA** request described in this Count and assigned it tracking Number **FOIA-2015-00360.**

10. A letter dated on or about **January 29, 2015** informed Plaintiff that the herein agency has reached the two hour free search time provided by the **FOIA Act.**

11. Plaintiff filed a proper response requesting pursuant to **"Judicial Economy"** that the first **100** pages be released to plaintiff.

12. If it is determined that no futher documents are needed then plaintiff will withdraw his request.

13. If it is determined that futher documents are needed shall pay the fee as required.

14. In a letter dated **March 2, 2015**  from the Office of Information and Policy (hereinafter **O.I.P.**) acknowledged the receipt of Plaintiff's Appeal received **February 13, 2015.**

15.  Plaintiff's appeal was assigned number **AP-2015-02079.**

16.  The **O.I.P.** and the **E.O.U.S.A.** are withholding all documents in appeal **AP-2015-02079.**

17. This Count realleges and incorporated by reference all of the preceding paragraphs.

18. Defendant has violated **FOIA** and **PA** by improperly withholding records responsive to Plaintiff's **FOIA/PA** request (**E.O.U.S.A** tracking number :**FOIA-2015-00360; O.I.P.** Appeal Number § **AP-2015-02079.**

 Plaintiff requests that this Honorable Court:

 a) Declear Defendant's failure to comply with **FOIA/PA** to be unlawful.

b) Enjoin Defendant'from continuing to withhold the records responsive to Plaintiff's **FOIA/PA** request and otherwise order the Defendant to produce the requested records without futher delay.

c) Grant Plaintiff such other and futher relief that the court deems proper.

## COUNT II

### VIOLATION OF FOIA/PA OF THE EXECUTIVE OFFICE OF THE UNITED STATES ATTORNEY.

19. This Count alleges and incorporates by reference all of the preceding paragraphs.

20. Plaintiff sent a **FOIA/PA** request to the Executive Office of the United States Attorney via First Class Mail in a letter dated on or about **December 14, 2014** requesting copies of all records pertaining to the following:

a) All Marshal's service reports on **James David Louie** generated from **December 1990** till, Mr Louie was released, and for what time period.

b) All Marshal's Service reports on **James David Louie** generated from **December 1990** till, **Mr Louie** was released.

c) All correspondence to **Pennsylvania, New Jersey,** and/or a Municipality concerning **Robert Burke** and/or **James David Louie.**

d) All visiter sign-in sheets detailing "Official or Family" visits for **James David Louie** for the above time frame.

e) All visiting rejection sheets, detailing **James David Louie.**

21. In a letter dated on or about **February 25, 2015** Plaintiff appealed this agency's non-responsive and/or refusal to acknowldge Plaintiff's request for documents to **E.O.U.S.A.**

22. In a letter dated on or about **March 3, 2015** the **O.I.P.** acknowledged the receipt of Defendants's appeal and assigned it a tracking number **"AP-2015-02078.**

(4)

23. The **O.I.P** and the **E.O.U.S.A.** are withholding all documents in appeal **AP-2015-02078** pursuant to this alleged Count.

24. This Count realleges and incorporates by reference all of the preceding paragraphs.

25.25.Defendant has violated **FOIA** and **PA** by improperly witholding recor records responsive to PLaintiff's request as stated in averment **20** of this herein complaint.

Plaintiff request that this Honorable Court:

   a) Declare Defendant's failure to comply with **FOIA/PA** to be unlawful

   b) Enjoin Defendant from continuing to withold the records responsive to Plaintiff's **FOIA/PA** request and otherwise order the Defendant to produce the requested records without futher delay.

   c) Grant Plaintiff such other and futher relief that this Court deems proper.

<u>**COUNT III:**</u>

**<u>VIOLATION OF FOIA/PA OF THE EXECUTIVE</u>**
**<u>OFFICE OF THE UNITED STATES ATTORNEY</u>**

26. This Count realleges and incorporates by reference all of the preceding paragraphs.

27. Plaintiff sent a **FOIA/PA** request to the Executive Office of the United States Attorney dated on or about **December 20, 2014** via First Class Mail requesting copies of all records pertaining to the following:

> Request all **FBI's** Inserts" filed with, filed before or filed after any **FBI** report during the investigation to
>
> **Philadelphia, Pa,s "Field Office"** during **1988** to the Present, concerning **Robert Burke** and/or **James David Louie.**

28.   Plaintiff appealed on or about **May 8, 2015** this agency's non-responsive and/or refusal to acknowledge Plaintiff's request for documents to the **E.O.U.S.A.**

29.   The **O.I.P.** and **E.O.U.S.A.** are witholding all documents pursuant to this alleged Count.

30.   This Count realleges and incorporates by reference all of the proceeding paragraphs.

31.   Defendants has violated **FOIA** and **PA** by improperly witholding records responsive to Plaintiff's request as stated in averment **27** of this herein Complaint.

**Plaintiff request that this Honorable Court:**

a) Declare defendant's failure to comply with **FOIA/PA** to be unlawful.

b) Enjoin Defendant's from continuing to withold the records responsive to Plaintiff's **FOIA/PA** request and otherwise order Defendant to produce the requested records without futher delay and;

c) Grant Plaintiff such other and futher relief that the Court deems proper.

## COUNT IV

### VIOLATION OF FOIA/PA OF THE EXECUTIVE OFFICE OF THE UNITED STATES ATTORNEY

32.   This Count realleges and incorporates by reference all of the proceeding paragraphs.

33.   Plaintiff sent a **FOIA/PA** request to the Executice Office of the United States Attorney via First Class maim on or about **January 7, 2015** requesting copies of all records pertaining to the following:

(6)

request all interviews of **Anthony Cimino** on **James David Louie** and/or **Robert Burke**. Time frame **1988- Present.**

34. In a letter dated on or about **February 25, 2015** Plaintiff appealed this agency's non-responsive and/or refusal to  acknowledge Plaintiff's request for documents to the **E.O.U.S.A.**

35. The **O.I.P.** and the **E.O.U.S.A.** are  witholding all documents pursuant to this  alleged Count.

36. This Count realleges and incorporates by reference all of the proceeding paragraphs.

37. Defendant has violated **FOIA** and **PA** by improperly witholding records responsive to Plaintiff's request as stated in averment **33** of this herein Complaint.

Plaintiff request that this Honorable Court:

a) Declare Defendant's failure to comply with **FOIA/PA** to be  unlawful.

b) Enjoin Defendants from continuing to withold the records responsive to Plaintiff's **FOIA/PA** request and otherwise order Defendants to produce the requested records without futher delay; and

c) Grant Plaintiff such other and futher relief that the court deems proper.

## COUNT V

## VIOLATION OF FOIA/PA OF THE EXECUTIVE OFFICE OF THE UNITED STATES ATTORNEY

38. This Count realleges and incorporates by reference all of the proceeding paragraphs.

39. Plaintiff sent a **FOIA/PA** request to the Executive Office of the United States Attorney via First Class Mail on or about **january 4, 2015** requesting copies of all records pertaining to the following:

Request all interviews and /or plea offers made or accepted by **Javier Labrom**, Time frame **1988 to Present.**

40. In a letter dated on or about **February 25, 2015** plaintiff appeal appealed this agency's non-responsive and/**or** refusal to acknowledge Plaint Plaintiff's request for documents to the **E.O.U.S.A.**

41. The **O.I.P.** and the **E.O.U.S.A.** are witholding all documents pursuant to this alleged count.

42. This Count realleges and incorporates by reference all of the proceeding paragraphs.

43. Defendant has violated **FOIA** and **PA** by improperly witholding records responsive to Plaintiff's request as stated in averment **39** of this herein complaint.

Plaintiff request that this Honorable Court:

a) Declear Defendant's failure to comply with **FOIA/PA to** be unlawful.

b) Enjoin Defendant from continuing to withold the records responsive to Plaintiff's **FOIA/PA** request and otherwise order Defendant to produce the requested records without futher delay; and

c) Grant Plaintiff such other and futher relief that the Court deems proper.

### COUNT VI

### VIOLATION OF FOIA/PA OF THE EXECUTIVE
### OFFICE OF THE UNITED STATES ATTORNEY

44. This count realleges and incorporates by reference all of the proceeding paragraphs.

45. Plaintiff sent a **FOIA/PA** request to the Executive Office of the United states Attorney via First Class Mail on or about **January 4. 2015**, requesting copies of all records pertaining to the following:

Request all correspondence in your possession, to or from Third Circuit Judge Samuel Alito-Supreme Court Justice on James David Louie and/or Robert Burke and or The Willard Murder Trial.

46. Ina letter dated on or about **February 25, 2015** Plaintiff appealed this agency's non-responsive an/or refusal to acknowledge Plaintiff's request for documents to the **E.O.U.S.A.**

47. The **O.I.P.** and **E.O.U.S.A.** are witholding all documents pursuant to this alleged Count.

48. This Count realleges and incorporates by reference all of the proceeding paragraphs.

49. Defendant has violated **FOIA** and **PA** by improperly witholding records responsive to plaintiff's request as stated in averment **45** of this herein complaint.

Plaintiff requests that this Honorable Court:

a) Declear Defendant's failure to comply with **FOIA/PA** to be unlawful.

b)  Enjoin Defendant from continuing to withold the records responsive to Plâintiff's **FOIA/PA request and otherwise** order Defendant to produce the requested records without futher delay; and

c) Grant Plaintiff such other and futher relief that the Court deems proper.

## COUNT VII

### VIOLATION OF THE FOIA/PA OF THE EXECUTIVE OFFICE OF THE UNITED STATES ATTORNEY

50. This Count realleges and incorporates by reference all of the proceeding paragraphs.

**51.** Plaintiff sent a **FOIA/PA** request to the Executive Office of the United States Attorney via First Class Mail **January 4, 2015** requesting copies of all records pertaining to the following:

Request the following documents, all correspondence from the U.S. Attorney (**Janet Reno**) on **James David Louie** and/or **Robert Burke** and/or **The Willard Murder Trail**. Time frame **1988-Present.**

**52.** In a letter dated on or about **February 25, 2015** Plaintiff appealed this agency's non-responsive and/or refusal to acknowledge Plaintiff's request for documents to the **E.O.U.S.A.**

**53.** The **O.I.P** and **E.O.U.S.A.** are witholding all documents pursuant to this alleged Count.

**54.** The Count realleges and incorporates by reference all of the proceeding paragraphs.

**55.** Defendant has violated **FOIA/PA** by improperly witholding records responsive to Plaintiff's request as stated in averment **51** of this herein Complaint.

Plaintiff request that this Honorable Court:
a) Declare Defendant's failure to comply with **FOIA/PA** request to be unlawful.
b) Enjoin Defendant from continuing to withold the records responsive to Plaintiff's **FOIA/PA** request and otherwise order Defendant to produce the requested records without futher delay; and
c) Grant Plaintiff such other and futher relief that the Court deems proper.

## COUNT VIII

### VIOLATION OF FOIA/PA OF THE EXECUTIVE OFFICE OF THE UNITED STATES ATTORNEY.

**56.** This Count realleges and incorporates by reference all of the proceeding paragraphs.

57. Plaintiff sent a **FOIA/PA** request to the Executive Office of the United States Attorney via First Class Mail on or about January 4, 2015 requesting copies of all records pertaining to the following:

> Request all interviews by the Philadelphia Police Dept. held in your possession. Time frame **1988- Present.**

58. In a letter dated **February 25, 2015** Plaintiff appealed this agency's non-responsive and/or refusal to acknowledge Plaintiff's request for documents to the **E.O.U.S.A.**

59. **The O.I.P.** and **E.O.U.S.A.** are witholding all documents pursuant to this alleged Count.

60. This Count realleges and incorporates by reference all of the proceeding paragraphs.

61. Defendant has violated **FOIA/PA by** improperly witholding records responsive to Plaintiff's request as stated in averment **57** of this herein Complaint.

Plaintiff requests that this Honorable Court:

a) declear Defendant's failure to comply with **FOIA/PA** request to be unlawful.

b) Enjoin Defendant from continuing to withold the records responsive to Plaintiff's **FOIA/PA** request and otherwise order Defendant to produce the requested records without futher delay; and

c) Grant Plaintiff such other and futher relief that the Court deems proper.

### COUNT IX

### VIOLATION OF FOIA/PA OF THE EXECUTIVE OFFICE OF THE UNITED STATES ATTORNEY.

62. This Count realleges and incorporates by reference all of the proceeding paragraphs.

**63.** Plaintiff sent a **FOIA/PA** request to the Executive Office of the United States Attorney via first Class mail on or about **January 4, 2015** requesting copies of all records pertaining to the following:

> Request the following documents, all interviews, offers made or accepted by **Keith Burke**, Time frame **1988-Present.**

**64.** In a letter dated on or about **February 25, 2015** Plaintiff appealed this agency's non-resposive and/or refusal to acknowledge Plaintiff's request for documents to the **E.O.U.S.A.**

**65.** The **O.I.P** and **E.O.U.S.A.** are witholding all documents pursuant to this alleged Count.

**66.** This Count realleges and incorporates by reference all of the proceeding paragraphs.

**67.** Defendant violated **FOIA/PA** by improperly witholding records responsive to Plaintiff's request as stated in averment **63** of this herein Complaint.

**Plaintiff request that this Honorable Court:**

a) Declear Defendant failure to comply with **FOIA/PA** to be unlawful.

b) Enjoin Defendant from continuing to withold the records responsive to Plaintiff's **FOIA/PA** request and otherwise order defendant to produce the requested records without futher delay

c) Grant Plaintiff such other and futher relief that the Court deems proper.

### COUNT X

**68.** This Count realleges and incorporates by reference all of the proceeding paragraphs.

**69.** Plaintiff sent a **FOIA/PA** request to the Executive Office of the United States Attorney via First Class Mail on or about **January 4, 2015**

requesting  copies of all records pertaining to the following:

Request all interviews of Andrew Tronco- **1988-Present.**

70. In a letter dated on or about **February 25, 2015** Plaintiff appealed this agency's non-responsive and/or refusal to acknowledge Plaintiff's  request for documents to the **E.O.U.S.A.**

71. The **O.I.P.** and **E.O.U.S.A.** are witholding all documents pursuant to this alleged Count.

72. This Count realleges and incorporates by reference all of the proceeding paragraphs.

73. Defendant has violated **FOIA/PA** by improperly witholding records responsive to Plaintiff's request as stated in averment **69** of this herein Complaint.

**Plaintiff requests that this Honorable Court:**

a) Declear Defendant failure to comply with **FOIA/PA** to be unlawful.
b) Enjoin Defendant from continuing to withold the records responsive to Plaintiff's **FOIA/PA** request and otherwise order defendant to produce the requested records without futher delay.
c) Grant Plaintiff such other and futher relief the the Court deems proper.

<u>**COUNT XI**</u>

**VIOLATION OF FOIA/PA OF THE EXECUTIVE**
<u>**OFFICE OF THE UNITED STATES ATTORNEY**</u>

74. This Count realleges and incorporates by reference all of the proceeding paragraphs.

75. Plaintiff sent a **FOIA/PA** request via First Class Mail on or about **January 4, 2015** requesting copies of all records pertaining to the following:

Request all of the following documents in your possession between the Office of the United States Attorney from the Eastern District of Pennsylvania and the **E.O.U.S.A.** office in Washington, D.C. concerning the murder of Donna Willard

( 13 )

in Philadelphia, Pennsylvania on **March 6, 1990.**

**76.** In a letter dated on or about **February 25, 2015** Plaintiff appealed this agency's non-responsive and/or refusal to acknowledge Plaintiff's request for documents to the **E.O.U.S.A.**

**77.** THE **O.I.P** AND **E.O.U.S.A.** ARE WITHOLDING ALL DOCUMENTS pursuant to this alleged Count.

**78.** The Count realleges and incorporates by reference all of the proceeding paragraphs.

**79.** defendant has violated **FOIA/PA** by improperly witholding records responsive to Plaintiff's request as stated in averment **75** of this herein Complaint.

**Plaintiff request that this Honorable Court:**

a) Declear Defendant's failure to comply with **FOIA/PA** to be unlawful.

b) Enjoin Defendant from continuing to withold the records responsive to  Plaintiff's **FOIA/PA** request and otherwise order Defendant to produce the requested records without futher delay; and

c)  Grant Plaintiff such other and futher relief that the Court deems proper.

### COUNT XII

### VIOLATION OF THE FOIA/PA OF THE EXECUTIVE OFFICE OF THE UNITED STATES ATTORNEY

**80.** This Count realleges and incorporates by reference all of the proceeding paragraphs.

**81.** Plaintiff sent a **FOIA/PA** request to the Executive Office of the United States Attorney via Firsy Class Mail on or about **January 4, 2015** requesting all copies of all records pertaining to the following:

> Request all correspondence between the **FBI** Office in Philadelphia and the **FBI** Headquarters in Washington D.C. during the time frame **1988-Present.**

82.  In a letter dated on or about **February 25, 2015** Plaintiff appealed this agency's non-responsive and/or refusal to acknowledge Plaintiff's request for documents to the E.O.U.S.A.

83.  The **O.I.P.** and **E.O.U.S.A.** are witholding all documents pursuant to this alleged Count.

84. The Count realleges and incorporates by reference all of the proceeding paragraphs.

85.  Defendant has violated **FOIA/PA** by improperly witholding records responsive to Plaintiff's request as stated in averment **81** of this herein Complaint.

**Plaintiff request that this Honorable Court:**

a) Declare Defendant's failure to comply with **FOIA/PA** to be unlawful.

b) Enjoin Defendant from continuing to withold the records resposive to Plaintiff's **FOIA/PA** request and otherwise order the Defendant to produce the requested records without futher delay; and

c) Grant Plaintiff such other and futher relief that this Court deems proper.

## COUNT XIII

### VIOLATION OF FOIA/PA OF THE EXECUTIVE
### OFFICE OF THE UNITED STATES ATTORNEY

86.  This Count realleges and incorporates by reference all of the proceeding paragraphs.

87.  Plaintiff sent a **FOIA/PA** request to the Executive Office of the United states Attorney via First Class mail on or about **January 4, 2015** requesting all copies of all records pertaining to the following:

(15)

Request the following correspodence to/or from U.S. District Court Judge William Yohn on James David Louie and/or Robert Burke and/or The Donna Willard Murder trail, time frame 1988-Present.

88. In a letter dated on or about **February 25, 2015** Plaintiff appealed this agency's non-responsive and/or refusal to acknowledge Plaintiff's request for documents to the **E.O.U.S.A.**

89. The **O.I.P.** and **E.O.U.S.A.** are witholding all documents pursuant to this alleged Count.

90. This count realleges and incorporates by reference all of the proceeding paragraphs.

91. Defendant has violated **FOIA/PA** by improperly witholding records responsive to plaintiff's request as stated in averment **87** of this herein Complaint.

Plaintiff **request** that this Honorable **Courf:**

a) Declare Defendant's failure to comply with **FOIA/PA** to be unlawful.
b) Enjoin Defendant from continuing to withold the records responsive to plaintiff's **FOIA/PA** request and otherwise order the Defendant to produce the requested records without futher delay; and

c) Grant Plaintiff such other and futher relief that this court deems proper.

## COUNT XIV

### VIOLATION OF FOIA/PA OF THE EXECUTIVE
### OFFICE OF THE UNITED STATES ATTORNEY

92. This count realleges and incorprates by reference all of the proceeding paragraphs.

(16)

93.   Plaintiff sent a **FOIA/PA** request to the Executive Office of the United States Attorney via First Class Mail on or about **January 4, 2015** requesting all copies of all records pertaining to the following:

> Request the following documents held in your possession, all correspondence to/or from the United States Attorney in the Eastern District of Pennsylvania and elsewhere, on James David Louie and/or Robert Burke and/or The Donna Willard Murder Trail, the time frame from **1988-Present.**

94.   In a letter dated on or about **February 25, 2015** Plaintiff appealed this agency's non-responsive and/or refusal to acknowledge Plaintiff's request for documents to the E.O.U.S.A.

95.   The O.I.P. and E.O.U.S.A. are witholding all documents pursuant to this alleged Count.

96.   This Count realleges and incorporates by reference all of the proceeding paragraphs.

97.   Defendant has violated **FOIA/PA** by improperly witholding records responsive to Plaintiff's request as stated in averment 93 od this herein Complaint.

 **Plaintiff request that this Honorable Court:**

a) Declare defendant's failure to comply with **FOIA/PA** to be unlawful.
b) Enjoin Defendant from continuing to withold the records responsive to Plaintiff **FOIA/PA** request and otherwise order the defendant to produce the requested records without futher

   delay;
   and
c) Grant Plaintiff such other and futher relief that this court deems proper.

**(17)**

## COUNT XV

### VIOLATION OF FOIA/PA OF THE EXECUTIVE
### OFFICE OF THE UNITED STATES ATTORNEY

98.   This Count realleges and incorporates by reference all of the proceeding paragraphs.

99.   Plaintiff sent a **FOIA/PA** request to the Executive Office of the United states Attorney via first Class Mail on or about **January 10, 2015** requesting all copies of all records pertaining to the following:

> Request all ther correspondence, held in your possession named or not named in this detailed request(s) detailing the Donna Willard Murder trial, during the Time Frame, **1988--to the Present.**

100.   In a letter dated on or about **February 25, 2015 Plaintiff** appealed this agency's non-responsive and/or refusal to acknowledge Plaintiff's request for documents to the E.O.U.S.A.

101.   The O.I.P. and E.O.U.S.A.are witholding all documents pursuant to this alleged Count.

102.   This count realleges and incorporates by reference all of the proceeding paragraphs.

103.   Defendant has violated **FOIA/PA** by improperly witholding records responsive to Plaintiff's request as stated in averment **99** of this herein Complaint.

**Plaintiff request that this Honorable Court:**

a) Declear Defendant's failure to comply with **FOIA/PA** to be unlawful

b) Enjoin Defendant from continuing to withold the records responsive to Plaintiff's **FOIA/PA** request and otherwise order Defendant to produce the requested records without futher delay;

(18)

c) Grant Plaintiff such other and futher relief the the
Court deems proper.

## COUNT XVI

### VIOLATION OF FOIA/PA OF THE EXECUTIVE
### OFFICE OF THE UNITED STATES ATTORNEY

104.  This count realleges and incorporates by reference all of
the proceeding paragraphs.

105.  Plaintiff sent a **FOIA/PA** request to the Executive Office
od the United States Attorney via First Class mail on or about
**January 10, 2015 req**uesting all copies of all records pertaining to the
following:

Request the following held in your possession, all visits/
sign-in sheets detailing **James david Louie** from **1990** till
discharge from prison.

106. In a letter dated on or about **February 25, 2015** Plaintiff
appealed this agency's non-responsive and/or refusal to acknowledge
Plaintiff's request for documents to the E.O.U.S.A.

107.  The **O.I.P.** and **E.O.U.S.A.** are witholding all documents
pursuant to this alleged Count.

108.  This Count realleges and incorporates by reference all of
the proceeding paragraphs.

109.  Defendant has violated **FOIA/PA** by improperly witholding
records responsive to Plaintiff's request as stated in averment **105**
of this herein Complaint.

**Plaintiff requests that this Honorable Court:**
a)  Declare Defendant's failure to comply with **FOIA/PA** to be
unlawful.

b)  Enjoin Defendant from continuing to produce the records
responsive to Plaintiff's **FOIA/PA** request abd otherwise order

the Defendant to produce the requested records without futher delay; and

c) Grant Plaintiff such other and futher relief that this Court deems proper.

## COUNT XVII

### VIOLATION OF FOIA/PA OF THE EXECUTIVE OFFICE OF THE / UNITED STATES ATTORNEY

110. This count realleges and incorporates by reference all of the proceeding paragraphs.

110. Plaintiff sent a FOIA/PA request to the Executive Office of the United States Attorney via first Class mail on or about February 5, 2015 requesting all copies of all records pertaining to the following:

> I request all of the following documents held in your possession, all documents either sent by **Joan Markman, Esquire or** received by her, that are on **Robert Burke,** and/or **James David Louie** concerning these individuals and/or "**The Donna Willard Murder**" any documents or records together with all appendices, annexes, inserts, or other materail attached to said documents.
>
> **Additionally,** all documets concerning why and when she, **Joan Markman, Esquire** was removed from either **Robert Burke's** or **James David Louie's** Case.

112. In a letter dated on or about **April 21, 2015** Plaintiff appealed this agency's non-responsive and/or refusal to acknowledge Plaintiff's request for documents to the E.O.U.S.A.

113. The O.I.P. and E.O.U.S.A. are witholding all documents pursuant to this alleged Count.

(20)

114.   This Count realleges and incorporates by reference all of the proceeding paragraphs.

115.   defendant has violated **FOIA/PA** by improperly witholding records responsive to Plaintiff's request as stated in averment **111** of this herein Complaint.

### Plaintiff Request That This Honorable Court:

a) Declear Defendant's failure to comply with **FOIA/PA** to be unlawful

b) Enjoin Defendant from continuing to withold the records responsive to Plaintiff **FOIA/PA** request and otherwise order Defendant to producce the requested records without futher delay; and

c) Grant Plaintiff such other and futher relief that the Court deems proper.

### COUNT XVIII

### VIOLATION OF FOIA/PA OF THE EXECUTIVE OFFICE OF THE UNITED STATES ATTORNEY

116.   This Count realleges and incorporates by reference all of the proceeding paragraphs.

117.   Plaintiff sent a **FOIA/PA** request to the Executive Office of the United States Attorney via First Class Mail on or about **January 21, 2015** requesting all copies of all records pertaining to the following:

> Request documents from **(James Favid Louie's)** girlfriend, the owner of **229 Forrest Ave., Narberth, Pa.** where **Mr. Louie** lived with her, named as **"Winnie" (Winifred)** in conjunction with the **Donna Willard Murder.** request all interviews, documents in your possession.

(21)

118.  Ina letter dated on or about **April 21, 2015** Plaintiff appealed this agency's non-responsive and/or refusal to acknowledge Plaintiff's request for documents to the **E.O.U.S.A.**

119.  The **O.I.P.** and **E.O.U.S.A.** are witholding all documents pursuant to this alleged Count.

120.  This Count realleges and incorporates by reference all of the proceeding paragraphs.

121.  Defendant has violated **FOIA/PA** by improperly witholding records responsive to Plaintiff's request as stated in averment **117** of this herein Complaint.

### Plaintiff request ThatThis Honorable Court:

a) Declear Defendant's failure to comply with **FOIA/PA** to be unlawful.

b) Enjoin Defendant from continuing to withold the records responsive to Plaintiff's **FOIA/PA** request and otherwise order the defendant to produce the requested records wuthout futher delay.

c) Grant Plaintiff such other and futher relief that this Court deems proper.

## COUNT XIX

### VIOLATION OF THE FOIA/PA OF THE EXECUTIVE OFFICE OF THE UNITED STATES ATTORNEY

122.  This Count realleges and incorporates by reference all of the proceeding paragraphs.

123.  Plaintiff sent a **FOIA/PA** Request to the Executive Office Of the United States Attorney via First Class mail on or about **March 18 2018** requesting all copies of all records pertaining to the following:

All documents concerning the payment of any money pursuant to **5 USC 4502** to **5 USC 4504.**. on the listed subjects. request directs itself to the prosecutorial and judicial conflicts of interest, non-neutrality impartiality, and the corruption of justice in the Federal Courts.

The Federal Judiciary and prosecution cannot be independent and impartial when the law permits the federal Government to secretly award judges money in undisclosed secret cash awards and to privately, secretly, and erronously waive these payments. The judicial or prosecution cannot under these circumstances by impartial.

**SUBJECT OF REQUEST**
a) District Court Judge William Yohn
b) Magistrate Judge mellenson
c) Special Agent Kane
d) A.U.S.A. Dobkin
e) A.U.S.A. Joan Markman

**124.** **In** a letter dated **April 25, 2015** Plaintiff appealed this agency's non-responsive and/or refusal to acknowledge Plaintiff's request for documents to the **E.O.U.S.A.**

**125.** The **O.I.P.** and **E.O.U.S.A.** are witholding all documets pursuant to this alleged Count.

**126.** This Count realleges and incorporates by reference all of the proceeding paragraphs.

**127.** Defendant has violated **FOIA/PA** by improperly witholding records responsive to Plaintiff's request as stated in averment **123** of this herein Complaint.

**Plaintiff request that this Honorable Court**

a) Declear Defendants failure to comply with **FOIA/PA** to be unlawful.

b) Enjoin Defendant from continuing to withold the records responsive to Plaintiff's **FOIA/PA** request and otherwise order Defendant to produce the requested records without futher delay; and

c) Grant Plaintiff such other and futher relief that the Court deems proper.

### COUNT XX

### VIOLATION OF FOIA/PA OF THE EXECUTIVE
### OFFICE OF THE UNITED STATES ATTORNEY

**128. This** Count realleges and incorporates by reference all of the proceeding paragraphs.

**129.** Plaintiff sent a **FOIA/PA** request to the Executive Office of the united States Attorney via First Class Mail on or about **March 31, 2015** requesting all copies of all records pertaining to the following:

SUBJECT OF REQUEST

ITEMS REQUESTED - ALL REPORTS, MEMORANDUMS, STATEMENTS, Airtels Copies of any letters or anything writing and/or inserts on **A. Charles Peruto, Sr. (Deseased- see enclosure)** concerning the case of the Murder of Donna Willard and/or concerning his son **A. Charles Peruto, Jr. Esq.** and/or **Robert Burke.** The Time frame is between **January 1985** to the Present.

**130.** In a letter dated **April 22, 2015** Plaintiff appealed this agency's non-responsive and/or refusal to acknowledge Plaintiff request for documents to the **E.O.U.S.A.**

**131.** The **O.I.P** and **E.O.U.S.A.** are witholding all douuments pursuant to this alleged Count.

132.   This Count realleges and incorporates by reference all of the proceeding paragraphs.

133.   Defendant has violated FOIA/PA by  improperly witholding records responsive to Plaintiff's request as stated in averment **129** of this herein Complaint.

### Plaintiff Request That This Honorable Court:

a) Declare Defendant's failure to comply with **FOIA/PA** to be unlawful

b) Enjoin Defendant from continuing to withold the records responsive to Plaintiff's **FOIA/PA** request and otherwise order Defendant to produce the requested records without further delay; and

c) Grant Plaintiff such other and futher relief that the Court deems proper.

### COUNT XXI

### VIOLATION OF FOIA/PA OF THE EXECUTIVE
### OFFICE OF THE UNITED STATES ATTORNEY

134.   This Count realleges and incorporates by reference all of the proceeding paragraphs.

135.   Plaintiff sent a **FOIA/PA** request to the Executive Office of the United States Attorney via first class Mail on or about **March 31, 2015** requesting all copies of all records pertaining to the following;

Subject OF Request - Morton Laken

Items Requested - All reports, memorandums, statements, copies of letters or any writings, airtels and/or inserts on subject **Morton Laken (Deceased-See Enclosure).** The time frame is between **January 1988** to the Present.

(25)

136.   In a letter dated onor about **April 22, 2015** Plaintiff appealed this agency's non-responsive and/or refusal to acknowledge Plaintiff's request documents to the E.O.U.S.A.

137.   The **O.I.P.** and **E.O.U.S.A.** are witholding all documents pursuant to this alleged Count.

138.   This Count realleges and incorporates by reference all of the proceeding paragraphs.

139.   Defendant has violated **FOIA/PA** by improperly witholding records responsive to Plaintiff's request as stated in averment 135 of this herein Complaint.

### Plaintiff Request That This Honorable Court:

a) Declare defendant's failure to comply with **FOIA/PA** to be unlawful.

b) Enjoin Defendant from continuing to withold the records respon- sive to plaintiff's **FOIA/PA** request and otherwise order Defendant to produce the requested records without further delay; and

c) Grant Plaintiff such other and futher relief that the Court deems proper.

140.

### COUNT XXII

### VIOLATION OF FOIA/PA OF THE EXECUTIVE OFFICE OF THE UNITED STATES ATTORNEY

140.   This Count realleges and incorporates by reference all of the proceeding parapraphs.

141.   Plaintiff sent a **FOIA/PA** request to the Executive Office of the United States Attorney via first Class mail on or about **February 25, 2015** requesting all copies of all records pertaining to the following:

(26)

Request all documents and inserts, of any agency contact with the "Masonic Lodge" that Robert Burke was a member of which was Jurusalem Lodge in Philadelphia,Pennsylvania.

142.   In a letter dated on or about April 22, 2015 plaintiff appealed the agency's non-responsive and/or refusal to acknowledge Plaintiff's request for documents to the E.O.U.S.A.

143.   The O.I.P. and E.O.U.S.A. are witholding all documents pursuant to this alleged Count.

144.   This count realleges and incorporates by reference all of the proceeding paragraphs.

145.   Defendant has violated FOIA/PA by improperly witholding records responsive to plaintiff's request as stated in averment 141 of this herein Complaint.

### Plaintiff Request That This Honorable Court:

a) Declare Defendant's failure to comply with FOIA/PA to be unlawful.

b) Enjoin Defendant from continuing to withold the records responsive to Plaintiff FOIA/PA request and otherwise order Defendant to produce the requested records without further delay; and

c) Grant Plaintiff such other and further relief that the Court deems proper.

### COUNT XXIII

### VIOLATION OF FOIA/PA OF THE EXECUTIVE
### OFFICE OF THE UNITED STATES ATTORNEY

146.   This Count realleges and incorporates by reference all of the proceeding paragraphs.

147.   Plaintiff sent a FOIA/PA request to the Executive Office of the United States Attorney via First Class Mail on or about January 23, 2015 requesting all copies of all records pertaining to the following:

(27)

> This herein **FOIA** concerns the murder trial and/or
> murder of **Donna Willard** and people who are of
> interest to the Government and/or government employ-
> ees, agents and/or contractors
>
> I also request the following:
>
> a) CRS  **system search**
>
> b) Vaughn Index
>
> c) all FOIA exemptions being claimed and information redated
>    and explaination and/or code.

148.   In a letter dated on or about **May 6, 2015** Plaintiff appealed
the agency's non-responsive and/or refusal to acknowledge Plaintiff's
request for documents to the E.O.U.S.A.

149.   The O.I.P. and E.O.U.S.A. are witholding all documents
pursuant to this alleged Count.

150.   This Count realleges and incorporates by reference all of
the proceeding paragraphs.

151.   defendant has violated **FOIA/PA** by improperly witholding
records responsive to plaintiff's request as stated in averment **147**
of this herein Complaint.

**Plaintiff Request That This Honorable Court:**

a) Declare Defendant's failure to comply with **FOIA/PA** to be
   unlawful

b) Enjoin defendant from continuing to withold the records respon-
   sive to plaintiff's **FOIA/PA** request and otherwise order
   Defendant to produce the requested records without further
   delay; and

c) Grant Plaintiff such other and futher relief that the Court
   deems proper.

## COUNT XXIV

### VIOLATION OF FOIA/PA OF THE EXECUTIVE
### OFFICE OF THE UNITED STATES ATTORNEY

152.  This Count realleges and incorporates by reference all of the proceeding paragraphs.

153.  Plaintiff sent a **FOIA/PA** request to the Executive Office of the United States Attorney via first Class mail on or about **April 12, 2015** requesting all copies of all records pertaing to the following:

> All, Reports, Memorandums, Statements, Copies, Letters, or any Writing, Airtels, and/or Inserts on Subject **Roberta** Burke (Certificate of Identity Enclosed). The time frame id between **January 1988** to the Present.

154.  In a letter dated on or about **May 6, 2015** Plaintiff appealed the agency's non-responsive and/or refusal to acknowledge Plaintiff's request for documents to the E.O.U.S.A.

155.  The **O.I.P and E.O.U.S.A.** are witholding all documents pursuant this alleged Count.

156.  This Count realleges and incorporates by reference all of the proceeding paragraphs.

157.  Defendant has violated **FOIA/PA** by improperly witholding records responsive to Plaintiff's request as stated in averment **153** of this herein Complaint:

### Plaintiff Requests That This Honorable Court:

a) Declare Defendant's failure to comply with **FOIA/PA** to be unlawful

b) Enjoin Defendant from continuing to withold the records responsive to Plaintiff's **FOIA/PA** request and otherwise order Defendant to produce the requested records without further delay;

c) Grant Plaintiff such other and further relief that the Court deems proper.

## COUNT XXV

### VIOLATION OF FOIA/PA OF THE
### FEDERAL BUREAU OF INVESTIGATION

158. This Count realleges and incorporates by reference all of the proceeding paragraphs.

159. Plaintiff sent a FOIA/PA request to the **Federal Bureau of Investigation** on or about **December 22, 3014** requesting all copies of all records pertaining to the following:

1) Any reports, memeorandums, ot anything in writing on a "Plea" offered to **Robert Burke**, from the United States Attorney's Office for the Eastern District of Pennsylvania.

2) Any reports, memerandums, or anything in writing on a "Plea" that may have been offered, or, planned to be offered to **Robert Burke**, from the United States Attorney's Office for the Eastern District of Pennsylvania

3) Any reports, memorandums, or anything in writing on any dealing with **Robert Burke's** Attorney(s) concerning any aspect of a plea that was, or planned to be offered to **Robert Burke**.

160. **In** a letter dated on or about **May 6, 2015** Plaintiff appealed the agency's non-responsive and/or refusal to acknowledge Plaintiff's request for documents to the **F.B.I.**

161. The **O.I.P.** and the **F.B.I.** are witholding all documents pursuant to this alleged Count.

162. This count realleges and incorporates by reference all of the proceeding paragraphs.

(30)

163. Defendant has violated FOIA/PA by improperly witholding records responsive to Plaintiff's request as stated in averment 159 of this herein Complaint.

### Plaintiff Request That This Honorable Court:

a) Declare defendant failure to comply with FOIA/PA to be unlawful

b) Enjoin Defendant from continuing to withold the records responsive to Plaintiff's FOIA/PA request and otherwise order Defendant to produce the requested records without further delay; and

c) Grant Plaintiff such other and further relief the Court deems proper.

## COUNT XXVI

## VIOLATION OF FOIA/PA OF THE
## FEDERAL BUREAU OF INVESTIGATION

164. This Count realleges and incorporates by reference all of the proceeding paragraphs.

165. Plaintiff sent a FOIA/PA request to the FBI via First Class Mail on or about December 22, 2014 requesting all copies pertaining to the following;

Request all F.B.I. reports, during investgation at Philadelphia Pa. "Field Office", during 1988 to the Present, concerning Robert Burke and/or James David Louie

Preserve my right to appeal to the "Office of Information and Policy" and request a response within 20 working days according to FOIA Policy.

166. In a letter dated on or about May 8, 2015 Plaintiff appealed the agency's non-responsive and/or refusal to acknowledge Plaintiff's request for docuemts to the F.B.I.

(31)

167.  The O.I.P. and the F.B.I. are witholding all documents pursuant to this alleged Count.

168.  This Count realleges and incorporates by reference all of the proceeding paragraphs.

169.  Defendant has violated **FOIA/PA** by improperly witholding records responsive to Plaintiff's request as stated in averment **165** of this herein Complaint.

**PLaintiff Request That This Honorable Court:**

a) Declare Defendant's failure to comply with **FOIA/PA** to be unlawful

b) Enjoin Defendant from continuing to withold the records responsive to Plaintiff's **FOIA/PA** request and otherwise order Defendant to produce the requested records without further delay;

c) Grant Plaintiff such other and further relief that the Court deems proper.

## COUNT XXVII

### VIOLATION OF FOIA/PA OF THE
### FEDERAL BUREAU OF INVESTIGATION

170.  This Court realleges and incorporates by reference all of the proceeding paragraphs.

171.  Plaintiff sent a **FOIA/PA** on or about **January 4, 2015** requesting all copies of all records pertaining to the following;

1) Request all documents in your possession, detailing all interviews of **Anthony Cimino** on **James David Louie** and/or **Robert Burke.**

2) Request covers date **1988-Present.**

(32)

172.   In a letter dated on or about May 5, 2015 Plaintiff appealed the agency's non-responsive and/or refusal to acknowledge Plaintiff request for documents to the F.B.I.

173.   The O.I.P. and  F.B.I. are witholding all docuemnts pursuant to this alleged Count.

174.   This Count realleges and incorporates by reference all of the proceeding paragraphs.

175.   Defendant has violated FOIA/PA by improperly witholding records responsive to Plaintiff's request as stated in averment 171 of this herein Complaint.

Plaintiff Request That This Honorable Court:

a) Declare Defendant's failure to comply with FOIA/PA to be unlawful.

b) Enjoin Defendant from continuing to withold the records responsive to Plaintiff's FOIA/PA request and otherwise order Defendant to produce the requested records without further delay; and

c) Grant Plaintiff such other and further relief that the Court deems priper.

## COUNT XXVIII

### VIOLATION OF FOIA/PA OF THE
### FEDERAL BUREAU OF INVESTIGATION

176.   This Court realleges and incorporates byreference all of the proceeding paragraphs.

177.   Plaintiff sent a FOIA/PA request to the FBI via First Class Mail on or about January 4, 2015 requesting all copies of all records pertaining to the following:

(33)

Request the following documents held in your possession
detailing all interviews and Plea Offers, **(made or accepted)**
by Javier Labron, from the eastern District of Pennsylvania
Office of the U.S. Attorney during the time from **1988 to
the Present.**

178.  in a letter dated on or about **May 5, 2015** Plaintiff appeal-
ed the agency's non-responsive and/or refusal to acknowledge Plaintiff
request for documents to the **F.B.I.**

179.  The **O.I.P.** and **F.B.I.** are witholding all documents pursuant
to this alleged Count.

180.  This Count realleges and incorporates by reference all of
the proceeding paragraphs.

181.  Defendant has violated **FOIA/PA** by improperly witholding
records responsive to Plaintiff's request as stated in averment **177**
of this herein Complaint.

**Plaintiff Request That This Honorable Court:**

a) Declare Defendant's failure to comply with **FOIA/PA** to be
   unlawful.

b) Enjoin Defendant from continuing to withold the records
   responsive to Plaintiff's **FOIA/PA** request and otherwise
   order Defendant to produce the r equested records without
   further delay; and

c) Grant Plaintiff such other and further relief that the Court
   deems proper.

## COUNT XXIX

### VIOLATION OF FOIA/PA OF THE
### FEDERAL BUREAU OF INVESTIGATION

182.  This Count realleges and incorporates by reference all of
the proceeding paragraphs.

183. Plaintiff sent a FOIA/PA request to the FBI First Class Mail on or about **January 4, 2015** requesting all copies of all records pertaining to the following.

> Request all correspondence in your possession, to/or from Third Circuit Judge Samuel Alito-Supreme Court Justice on James David Louie and/or Robert Burke an/ot The Willard Murder Trial, Time Frame **1988- Present.**

184. In a letter dated **May 5, 2015** Plaintiff appealed the agency's non-responsive and/or refusal to acknowledge Plaintiff's request for documents to the F.B.I.

185. The **O.I.P.** and the **F.B.I.** are witholding all documents pursuant to this alleged Count.

186. This Count realleges and incorporates by reference all of the proceeding paragraphs.

187.   defendant has violated **FOIAPA** by improperly witholding records responsive to plaintiff's request as stated in averment **183** of this herein Complaint.

**Plaintiff Request That This Honorable Court:**

a) Declare defendnat's failure to comply with **FOIA/PA** to be unlawful.

b) Enjoin Defendant from continuing to withold the records responsive to plaintiff's **FOIA/PA** request and otherwise order Defendant to produce the requested records without further dalay; and

c) Grant Plaintiff such other and further relief that the Court deems proper.

(35)

## COUNT XXX

### VIOLATION OF FOIA/PA OF THE
### FEDERAL BUREAU OF INVESTIGATION

**188.**   This Count realleges and incorporates by reference all of the proceeding paragraphs.

**189.**   Plaintiff sent a **FOIA/PA** request to the **FBI** via First Class Mail on or about **January 4, 2015** requesting all copies of all records pertaining to the following:

> Request the following documents held in your possession
> detailing all correspondence from the Office of the
> Attorney General(**Janet Reno**)kon **James David Louie** and/or
> **Robert Burke** and/or The Donna Willard Murder Trial, in-
> cluding the Governments Proposed Memorandum and Indictment
> on the Death penalty.

**190.**   In a letter dated **May 5, 2015** Plaintiff appealed the agency's non-responsive and/or refusal to acknowledge Plaintiff's request for documents to the **FBI**.

**191.**   The **O.I.P.** and the **F.B.I.** are witholding all documents pursuant to this alleged Count.

**192.**   This Count realleges and incorporates by reference all of the proceeding paragraphs.

**193.**   Defendant has violated **FOIA/PA** by improperly witholding records responsive to Plaintiff's request as stated in averment **189** of this herein complaint.

**Plaintiff Request That This Honorable Court:**

a) Declare Defendant's failure to comply with **FOIA/PA** to be
   unlawful.

b) Enjoin Defendant from continuing to withold the records responsive to Plaintiff's **FOIA/PA** request and otherwise order Defendant to produce the requested records without further delay; and

c) Grant Plaintiff such other and further relief that the Court deems proper.

## COUNT XXXI

### VIOLATION OF FOIA/PA OF THE
### FEDERAL BUREAU OF INVESTIGATION

194.  This Count realleges and incorporates by reference all of the proceeding paragraphs.

195.  Plaintiff sent a **FOIA/PA** request to the **FBI** via First Class Mail on or about **January 4, 2015** requesting all copies of all records pertaining to the following:

> Request all interviews by **Philadelphia Police Dept.** held in your possession. Time frame..1988--Present.

196.  In a letter dated on or about **January 4, 2015** Plaintiff appealed the agency's non-responsive and/or refusal to acknowledge Plaintiff's request for documents to the **F.B.I.**

197.  The **O.I.P.** and the **F.B.I.** are witholding all documents pursuant to this alleged Count.

198.  This Count realleges and incorporates by reference all of the proceeding paragraphs.

199.  Defendant has violated **FOIA/PA** by improperly witholding records responsive to plaintiff's request as stated in averment **195** of this herein Complaint.

(37)

Plaintiff request That This Honorable Court:

a) Declare Defendant's failure to comply with FOIA/PA to be unlawful.

b) Enjoin Defendant from continuing to withold the records responsive to plaintiff's FOIA/PA request and otherwise order Defendant to produce the requested records without further delay; and

c) Grant Plaintiff such other and further relief that the Court deems proper.

## COUNT XXXII

### VIOLATION OF FOIA/PA OF THE
### FEDERAL BUREAU OF INVESTIGATION

200.  This count realleges and incorporates by reference all of the proceeding paragraphs.

201.  Plaintiff sent a FOIA/PA request to the FBI via First Class Mail on or about January 4, 2015 requesting all copies of all records pertaining to the following:

> Request all documents in your possession and all inteviews plea offers(made or accepted) by Keith Burke.

202.  In a letter dated May 5, 2015 plaintiff appealed the agency's non-responsive and/or refusal to acknowledge Plaintiff's request for docuemnts to the F.B.I.

203.  The O.I.P. and the F.B.I. are witholding all docuemts pursuant to this alleged count.

204  This Count realleges and incorporates by reference all of the proceeding paragraphs.

(38)

205.   Defendant has violated **FOIA/PA** by improperly witholding records responsive to Plaintiff's request as stated in averment 201 of this herein Count.

**Plaintiff Request That This Haonorable Court:**

a) Declare defendant's failure to comply with **FOIA/PA** to be unlawful

b) Enjoin Defendant from continuing to withold the records responsive to Plaintiff's **FOIA/PA** request and otherwise order Defendant to produce the requested records without further delay;

c) Grant Plaintiff such other and further relief that the Court deems proper.

## COUNT XXXIII

### VIOLATION OF FOIA/PA OF THE
### FEDERAL BUREAU OF INVESTIGATION

206.   This Count realleges and incorporates by reference all of the proceeding paragraphs.

207.   Plaintiff sent a **FOIA/PA** request to the **FBI** via First Class Mail on or about **January 4, 2015** requesting all copies of all records pertaining to the following:

1) Request all documents in your possession, detailing all interviews of Andrew Tronco on James David Louie and/or Robert Burke

2) request covers dates **1988--Present.**

208.   In a latter dated on or about **May 5, 2015** Plaintiff appealed the agency's non-rsponsive and/or refusal to acknowledge Plaintiff's request for documents to the F.B.I.

209.   The O.I.P. and F.B.I. are witholding all docuemts pursuant to this alleged Count.

210.   This Count realleges and incorporates by reference all of the proceeding paragraphs.

211.   Defendant has violated FOIA/PA by improperly witholding records responsive to Plaintiff's request as stated in averment 207 of this herein Complaint:

**Plaintiff Request That This Honorable Court:**

a) Declare Defendant's failure to comply with FOIA/PA to be unlawful

b) Enjoin Defendant from continuing to withold the records responsive to Plaintiff's FOIA/PA request and otherwise order Defendant to produce the requested records without further delay;

c) Grant Plaintiff such other and further relief that the Court deems proper.

## COUNT XXXIV

### VIOLATION OF FOIA/PA OF THE
### FEDERAL BUREAU OF INVESTIGATION

212.   This count realleges and incorporates by reference all of proceeding paragraphs.

213.   Plaintiff sent a FOIA/PA request to the FBI via First Class Mail on or about January 4, 2015 requesting all copies of all records pertaining to the following:

> Request all of the following documents in your possession between the Office of the United States Attorney from the Eastern District of Pennsylvania and the E.O.U.S.A. Office in Washington,D.C. concerning the murder of Donna Willard in Philadelphia, Pennsylvania on or about March 6, 1990.

214.   In a letter dated on or about May 5, 2015 Plaintiff appealed the agency's non-responsive and/or refusal to acknowledge Plaintiff's request for documents to the F.B.I.

215.   The O.I.P. and the F.B.I. are witholding all documents pursuant to this alleged Count.

216.   This Count realleges and incorporates by refefence all of the proceeding paragraphs.

217.   Defendant has violated FOIA/PA  by improperly witholding records responsive to Plaintiff's request as stated in averment 213 of this herein Complaint.

**Plaintiff Request That This Honorable Court:**

a) Declare defendant's failure to comply with FOIA/PA to be unlawful

b) Enjoin Defendant from continuing to withold the records responsive to plaintiff's FOIA/PA request and otherwise order Defendant to produce the requested records without further dealy; and

c) Grant Plaintiff such other and further relief that the court deems proper.

## COUNT XXXV

### VIOLATION OF FOIA/PA OF THE
### FEDERAL BUREAU OF INVESTIGATION

218.   This Count realleges and incorporates by reference all of the proceeding paragraphs.

219.   plaintiff sent a FOIA request to the FBI via First Class Mail on or about January 4, 2015 requesting all copies of all records pertaining to the following:

(41)

Request all documents in your possession to/or from District Court Judge William Yohn, on James David Louie and/or Robert Burke and/or The Donna Willard Murder Trail.

220. in a letter dated on or about May 5, 2015 Plaintiff appealed the agency's non-responsive and/or refusal to acknowledge plaintiff's request for documents pursuant to this alleged Count.

221. The O.I.P. and the F.B.I. are witholding all documents pursuant to alleged Count.

222. This Count realleges and incorporates by reference all of the proceeding paragraphs.

223. Defendant has violated FOIA/PA by improperly witholding records as stated in averment 219 of this herein Complaint.

### Plaintiff Request That This Honorable Court:

a) Declare Defendant's failure to comply with FOIA/PA to be unlawful

b) Enjoin Defendant from continuing to withold the records responsive to Plaintiff's FOIA/PA request and otherwise order Defendant to produce the requested records without further delay; and

c) Grant plaintiff such other and further relief that the Court deems proper.

### COUNT XXXVI

### VIOLATION OF FOIA/PA OF THE
### FEDERAL BUREAU OF INVESTIGATION

224. This Count realleges and incorporates by reference all of the proceeding paragraphs.

225.  Plaintiff sent a **FOIA/PA** request to the FBI via First Class Mail on or about **January 14, 2015** requesting all copies of all records pertaining to the following:

> Request all documents, in your possession to/or From The United States Attorney from the Eastern District of Pennsylvania on James David Louie and/or Robert Burke and/or The Willard Murder Trial.

226.  In a letter dated on or about **May 5, 2015** Plaintiff appealed the agency's non-responsive and/or refusal to acknowledge Plaintiff's request for documents to the F.B.I.

227.  The **O.I.P.** and the **F.B.I.** are witholding all documents pursuant to the alleged Count.

228.  This Count realleges and incorporates by reference all of the proceeding paragraphs.

229.  Defendant has violated **FOIA/PA** by improperly witholding records responsive to Plaintiff's request as stated in averment 225 of this herein Complaint.

**Plaintiff Request That This Honorable Court:**

a) Declare Defendant's failure to comply with FOIA/PA to by unlawful.

b) Enjoin defendant from continuing to withold the records responsive to Plaintiff's FOIA/PA request and otherwise order Defendant to produce the requested records without further delay; and

c) Grant Plaintiff such other and further relief that the Court deems proper.

## COUNT XXXVII

### VIOLATION OF FOIA/PA OF THE
### FEDERAL BUREAU OF INVESTIGATION

230.  **This** Count realleges and incorporates by reference all of the proceeding paragraphs.

231.  Plaintiff sent a **FOIA/PA** request to the **FBI** via First Class Mail on or about **January 4, 2015** requesting all copies of all records pertaining to the following:

> Request all documents held in your possession, between the **OFFICE OF THE FBI, IN Philadelphia, Pa.** and FBI headquarters in **Washington, D.C.** during the Time frame of **1988-Present.**

232.  In a letter dated on or about **May 5, 2015** Plaintiff appealed the agency's non-responsive and/or refusal to acknowledge Plaintiff's request for documents to the FBI.

233.  The **O.I.P.** and the **F.B.I.** are witholding all documents pursuant to the alleged Count.

234.  This Count realleges and incorporates by reference all of the proceeding paragraphs.

235.  Defendant has violated **FOIA/PA** by improperly witholding records responsive to Plaintiff's request as stated in averment **230 of** this herein Complaint.

**Plaintiff Request That This Honorable Court:**

a) Declare Defendant's failure to comply with FOIA/PA to be unlawful.

b) Enjoin Defendant from contininuing to withold the records responsive to Plaintiff's FOIA/PA request otherwise order Defendant to produce the requested records without further delay; and

(45)

c) Grant Plaintiff such other and futher relief that the
Court deems proper.

## COUNT XXXVIII

### VIOLATION OF FOIA/PA OF THE
### FEDERAL BUREAU OF INVESTIGATION

236.   This Count realleges and incorporates by reference all of
the proceeding paragraphs.

237.   Plaintiff sent a **FOIA/PA** request to the **FBI** via First Class
Mail on or about **January 21, 2015** requesting all copoies if all recoreds
pertaining to the following;

> Request documents from James David Louie's girlfriend, the
> owner of **220 Forrest Ave., Narberth,Pa** where Mr. Louie lived
> with her, name is **"Winnie"(Winifred)**in conjunction with the
> Donna Willard Murder. I request all interviews, and documents
> in your possession.

238.   In a letter dated on or about **May 6, 2015** Plaintiff appealed
the agency's non-responsive and/or refusal to acknowledge Plaintiff's
request for documents to the F.B.I.

239.   The O.I.P. and the F.B.I. are witholding all documents pur-
suant to the alleged Count.

240.   This Count realleges and incorporates by reference all of the
proceeding paragraphs.

241.   Defendant has violated **FOIA/PA** by improperly witholding records
responsive to Plaintiff's request as stated in averment **237** of this
herein Complaint.

(46)

Plaintiff Request That This Honorable Court:

a) Declare Defendant's failure to comply with **FOIA/PA**
   **to** be unlawful.

b) Enjoin Defendant from continuing to withold the records
   responsive to plaintiff's **FOIA/PA** request and otherwise
   order defendant to produce the requested records without
   further delay; and

c) Grant Plaintiff sich other and further relief that the Court
   deems proper.

## COUNT XXXIX

## VIOLATION OF FOIA/PA OF THE
## FEDERAL BUREAU OF INVESTIGATION

242.  This Count realleges and incorporates by reference all of
the proceeding paragraphs.

243.  Plaintiff sent a **FOIA/PA** request to the FBI via First Class
Mail on or about **March 18, 2015** requesting all copies of all records
pertaining to the following:

> All documents concerning the payments of any money pursuant
> to 5 USC 4502 to 5 USC 4504...on the listed sunjects, Request
> directs itself to the prosecutorial and judicial conflicts of
> interest, non-neutrality, impartially and the corruption of
> justice in the, Federal Courts. The Federal Judiciay and
> Prosecution cannot be independent and impartial when the law
> permits the federal Government to secretly, and erroneously
> waire these payments. The judiciary or prosecution cannot under
> these circumstances be impartial.

SUBJECT OF REQUEST:
a. District Court Judge William Yohn
b. Magistrate Judge Mellenson
c. Special Agent Kane
d. A.U.S.A. Dobkin
e. A.U.S.A. Joan Markman

(47)

244. In a letter dated **May 6, 2015** Plaintiff appealed the agency's non-responsive and/or refusal to acknowledge Plaintiff's request to the **F.B.I.**

245. The **O.I.P.** and **F.B.I.** are witholding all documents pursuant to the alleged Count.

246. This Count realleges and incorporates by reference all of the proceeding paragraphs.

247. Defendant has violated **FOIA/PA** by improperly witholding records responsive to Plaintiff's request as stated in averment **243** of this herein Complaint.

**Plaintiff Request That This Honorable Court:**

a) Declare defendant's failure to comply with FOIA/PA to be unlawful.
b) Enjoin Defendant from continuing to withold the records respon- sive to Plaintiff's **FOIA/PA** request and otherwise order Defendant to produce the requested records without further delay; and
c) Grant Plaintiff such other and further relief that the Court deems proper.

### COUNT XL

### VIOLATION OF FOIA/PA OF THE
### FEDERAL BUREAU OF INVESTIGATION

248. This Count realleges and incorporates by reference all of the proceeding paragraphs.

249. Plaintiff sent a **FOIA/PA** request to the **FBI** via first Class Mail on or about **March 31, 2015** requesting all copies of all records pertaining to the following:

**SUBJECT OF REQUEST:** - All reports, memorandums, statements, Airtels, copies of any letters or and writing and/or inserts on A. Charles Peruto, Sr. Esq. (Deceased) concerning the case of the Murder of

Donna Willare and/or concerning his son A. Charles Peruto,Jr. Esq. and/or Robert Burke. The Time frame is between **January 1985** to the **Present.**

250*.* In a letter dated on or about **May 6, 2015** Plaintiff appealed the agency's non-responsive and/or refusal to acknowledge Plaintiff's request for documents to the **F.B.I.**

251. The **O.I.P.** and the **F.B.I.** are witholding all documents pursuant to the alleged Count.

252. This Count realleges and incorporates by reference all of the proceeding paragraphs.

253. Defendant has violated **FOIA/PA** by improperly witholding records responsive to Plaintiff's request as stated in averment **249** of this herein Complaint.

### Plaintiff Request That This Honorable Court:

a) Declare Defendant's failure to comply with **FOIa/PA** to be unlawful.
b) Enjoin Defendant from continuing to withold the records responsive to Plaintiff's **FOIA/PA** request and otherwise order Defendant to produce the requested records without further delay: and
c) Grant Plaintiff such other and further relief that the Court deems proper.

### COUNT XXXXI

### VIOLATION OF FOIA/PA OF THE
### FEDERAL BUREAU OF INVESTIGATION

254. 254. This Count realleges and incorporates by reference all of the proceeding paragraphs.

255. Plaintiff sent a **FOIA/PA** to the **FBI** via First Class Mail on or about **March 31, 2015** requesting all copies of all records pertaining to the following:

(49)

<u>SUBJECT OF REQUEST</u>- Morton Laken

**ITEMS REQUESTED**- All reports, memeorandums, statements, copies of letters or any writings, airtels and/or inserts on subject Morton Laken (deseased). The Time Frame is between **January 1988** to the **Present.**

256. In a letter dated on or about **May 6, 2015**Plaintiff appealed the agency's non-responsive and/or refusal to acknowledge Plaintiff's request for docuemnts to the **F.B.I.**

257. The **O.I.P** and the **F.B.I.** are witholding all documents pursuant to the alleged Count.

258. This Count realleges and incorporates by reference all of the proceeding paragraphs.

259. Defendant has violated **FOIA/PA** by improperly witholding records responsive to Plaintiff's request as stated in averment 255 of this Complaint.

**Plaintiff Request That This Honorable Court:**

   a) Declare Defendant's Failure to comply with **FOIA/PA** to be unlawful
   b) Enjoin Defendant's from continuing to withold the records responsive to Plaintiff's **FOIA/PA** request and otherwise order Defendant to produce the requested records without further delay;
   c) Grant Plaintiff such other and further relief that the Court deems proper.

### COUNT XXXXII

### VIOLATION OF FOIA/PA OF THE
### FEDERAL BUREAU OF INVESTIGATION

260. This count realleges and incorporates by reference all of the proceeding paragraphs.

261. Plaintiff sent a **FOIA/PA** to the FBI via First Class Mail on or about **February 25, 2015** requesting copies of all records pertaining to the following:

> Request all doucments and inserts, of ant agency contact with the "**Masonic Lodge**" that robert Burke was a member of which was, "Jurusalam Lodge" in Philadelphia, Pennsylvania.

262. In a letter dated on or about **May 6, 2015** plaintiff appealed the agency's non-responsive and/or refusal to acknowledge Plaintiff's request for documents to the **FBI**.

263. The O.I.P. and the F.B.I. are witholding all documents pursuant to the alleged Count.

264. This count reallges and incorporates by reference all of the proceeding paragraphs.

265. Defendant has violated **FOIA/PA** by improperly witholding records responsive to Plaintiff's request as stated in averment 261 of this herein Complaint.

### Plaintiff Request That This Honorable Court

a) Declare defendant's failure to comply with FOIA/PA to be unlawful
b) Enjoin Defendant from continuing to withold the records responsive to Plaintiff's FOIA/PA request and otherwise order Defendant to produce the requested records without further delay; and
c) Grant Plaintiff such other and futher relief that the Court deems proper.

### COUNT XXXXIII

### VIOLATION OF FOIA/PA OF THE
### FEDERAL BUREAU OF INVESTIGATION

266. This count realleges and incorporates by reference all of the proceeding paragraphs.

(51)

267. Plaintiff sent a **FOIA/PA** to the FBI via First Class Mail on or about **April 12, 2015** requesting all copies of all records pertaining to the following:

SUBJECT: Robert Burke

~~Items Requested~~ All reports, memoramdums, statements, copies of letters or writings, airtels, and/or inserts on subject **Robert Burke**(certifcate of identity,see enclosure). The time Frame is **1985** to **Present.**

268. In a letter dated on or about **May 5, 2015** Plaintiff appealed the agency's non-responsive and/or refusal to acknowledge plaintiff's request for docuements to the **FBI.**

269. The O.I.P. and the F.B.I. are witholding all documents pursuant to the alleged Count.

270. This Count realleges and incorporates by reference all of the proceeding paragraphs.

271. Defendant has violated **FOIA/PA** by improperly witholding records responsive to plaintiff's request as stated in averment **267** of this herein Complaint.

**Plaintiff Request That This Honorable Court:**

a) Declare defendant failure to comply with **FOIA/PA** to be unlawful

b) Enjoin Defendant from continuing to withold the records responsive to plaintiff's FOIA/PA request and otherwise order Defendant to produce the requested records without further delay; and

c) Grant Plaintiff such other and further relief the the court proper.

(52)

## COUNT XXXXIV

### VIOLATION OF FOIA/PA OF THE
### FEDERAL BUREAU OF INVESTIGATION

272. This count realleges and incorporates by reference all of the proceeding paragraphs.

273. Plaintiff sent a **FOIA/PA** via First Class Mail on or about **April 10, 2015** requesting all copies of all records pertaining to the following:

> All reports memorandums, statements, Airtels, copies of any letters or any writing and/or Inserts on the subject of "how to handle"What to Do" Any Questions concerning and/or" Any Directives Given concerning the **FOIA's** and/or **PA's** filed by this Requester.

274. In a letter dated on or about **May 6, 2015** Plaintiff appealed the agency's non-responsive and/or refusal to acknowledge Plaintiff's request for documents to the **F.B.I.**

275. The **O.I.P** and the **F.B.I.** are witholding all documents pursuant to the alleged Count.

276. This count realleges and incorporates by reference all of the proceeding paragraphs.

277. defendant has violated **FOIA/PA** by improperly witholding records responsive to Plaintiff's request as stated in averment **279** of this herein Complaint.

### Plaintiff Request that This Honorable Court

a) Declare defendant's failure to comply with **FOIA/PA** to by unlawful

b) Enjoin Defendant from continuing to withold the records respon-sive to Plaintiff's **FOIA/PA** request and otherwise order defendant to produce the requested records without further delay; and

c) Grant Plaintiff such other and further relief that the Court deems proper.

## COUNT XXXXV

### VIOLATION OF FOIA/PA OF THE
### FEDERAL BUREAU OF INVESTIGATION

278. This count realleges and incorporates by reference all of the proceeding paragraphs.

279. Plaintiff sent a **FOIA/PA** to the FBI via First Class Mail on or about **February 1, 2015** requesting all copies of all records pertaining to the following:

> I requestall the following documents held in your possession all documents either sent by Joan markman, Esquire or received by her, that are on **Robert Burke** and/or James David Louie concerning these individuals and/or "The Donna Willard Murder" any docuemnts or records to gether with all appendices,annexes, inserts, or other material attached to said docuemnts. Additionally, all docuemnts concerning why and when see, Joan Markman Esquire, was removed from either Robert Burke and/or James David Louie's case and the reason why.

280. **Joan Markman** is deceased amd her obituary is attached to the request.

281. In a letter dated on or about **May 6, 2015** plaintiff appealed the agency's non-responsive and/or refusal to acknowledge Plaintiff request for docuemnts to the **F.B.I.**

282. The **O.I.P.** and the **F.BI.** are witholding documents pursuant to the alleged Count.

283. This count realleges and incorporates by reference all of the proceeding paragraphs.

284. defendant has violated **FOIA/PA** by improperly witholding records responsive to Plaintiff's request as stated in aveerment **273** of this

**284.** Defendant has violated **FOIA/PA** by improperly witholding records responsive to Plaintiff's request as stated in averment **279** of this herein Complaint.

### Plaintiff Request That This Honorable Court:

a) Declare Defendant's failure to comply with **FOIA/PA** to be unlawful

b) Enjoin Defendant from continuing to withold the records responsive to Plaintiff's **FOIA/PA** request and otherwise order Defendant to produce the requested records without further delay; and

c) Grant Plaintiff such other and further relief that the court deems proper.

## COUNT XXXXVI

### VIOLATION OF FOIA/PA OF THE
### FEDERAL BUREAU OF PRISONS

**285.** This Count realleges and incorporates by reference all of the proceeding paragraphs.

**286.** plaintiff sent a **FOIA/PA** on or about **April 10, 2015** requesting all copies of all records pertaining to the following;

> All reports, memorandums, statements, Airtels, Copies of any writing and/or Inserts on the subject of "How To Handle" "What To Do" "Any questions concerning," and/or "Any Directive Given Concerning The FOIA's and/or PA's filed by this requester. time frame **2014** to the **present.**

**287.** In a letter dated on or about **May 6, 2015** Plaintiff appealed the agency's non-responsive and/or refusal to acknowledge Plaintiff's request for documents to the Federal Bureau of Prisons(hereinafter the **BOP).**

**288. The O.I.P** and the **BOP** are witholding all documents pursuant to the alleged Count.

(55)

289. **This** Count realleges and incorporates by reference all of the proceeding paragraphs.

290. Defendent has violated **FOIA/PA** by improperly witholding records responsive to Plaintiff's request as stated in averment **286** of this herein Complaint.

**Plaintiff Request That This Honorable Court:**

a) Declare Defendant's failure to comply with **FOIA/PA** to be unlawful.

b) Enjoin Defendant from continuing to withold the records responsive to plaintiff's **FOIA/PA** request and otherwise order Defendant to produce the requested records without further delay; and

c) Grant Plaintiff such other and further relief that the Court deems proper.

## COUNT XXXXVII

### VIOLATION OF FOIA/PA OF THE
### FEDERAL BUREAU OF PRISONS

291.   This count realleges and incorporates by reference all of the proceeding paragraphs.

292. Plaintiff sent a **FOIA/PA** via First Class Mail on or about **February 4, 2015** requesting all copies of all recoreds pertaining to the following;

I request all of the following docuemnts held in your possession, all documents either sent by **Joan Markman, Esquire** or received by her the are on **Robert Burke,** and/or James David Louie concerning these induviduals and/or **"The Donna Willard Murder"** any documents or records to gether with all appendices, annexes, inserts, or other material attached to said documents.

Additionally, all documents concerning why and when she, **Joan Markman Esquire,** was removed from either Robert Burke, James David Louie's case and the reason why.

293. In a letter dated on or about **May 5, 2015** Plaintiff appealed the agency's non-responsive and/or refusal to acknowledge Plaintiff's request for documents to the **BOP**.

294. The **O.I.P.** and the **B.O.P.** are witholding all documents pursuant to the alleged Count.

295. This Count realleges and incorporates by reference all of the proceeding paragraphs.

296. Defendant has violated **FOIA/PA** by improperly witholding records responsive to Plaintiff's request as stated in averment **292** of this herein Complaint.

### Plaintiff Request That This Honorable Court:

a) Declare defendant's failure to comply with **FOIA/PA** to be unlawful
b) Enjoin Defendant from continuing to withold the records responsive to Plaintiff's **FOIA/PA** request and otherwise order Defendant to produce the requested records without further Delay; and
c) Grant plaintiff such other and further relief that the Court deems proper

### COUNT XXXXVIII

### VIOLATION OF FOIA/PA OF THE
### FEDERAL BUREAU OF PRISONS

297. This Count realleges and incorporates by reference all of the proceeding paragraphs.

298. plaintiff sent a **FOIA/PA** via First Class Mail on or about **April 3, 2015** requesting all copies of all records pertaining to the following:

**SUBJECT OF REQUEST: - A. Charles Peruto, Sr. (deceased)**

(57)

**Item(s) of Request** - all reports. memrandums, statements, Airtels, Copies of any letters, or/and any writing and/or inserts on subject **A.Charles Peruto, Sr Esq.** (deseased-see enclosure)concerning the case of the Murder of Donna Willard and/or concerning his son **A. Charles Peruto, Jr Esq.** and/or **Robert Burke.** The Time Frame is between **January 1985 to** the Present.

299. In a letter dated on or about **May 6, 2015** Plaintiff appealed the agency's non-responsive and/or refusal to acknowledge Plaintiff's request for documents to the **BOP.**

300. The **O.I.P.** and the **B.O.P.** are witholding all documents pursuant to the alleged Count.

301. This Count realleges and incorporates by reference all of the proceeding paragraphs.

302. Defendant has violated **FOIA/PA** by improperly witholding records responsive to Plaintiff's request as stated in averment **298** of this herein Complaint.

### Plaintiff Request That This Honorable Court:

a) Declare Defendant's failure to Comply with **FOIA/PA** to unlawful
b) Enjoin Defendant from continuing to withold the records responsive to Plaintiff's **FOIA/PA** request and otherwise order Defendant to produce the requested records without further delay; and
c) Grant Plaintiff such other and further relief that the Court deems proper.

### COUNT IL

## VIOLATION OF FOIA/PA OF THE
## FEDERAL BUREAU OF PRISONS

303. This Count realleges and incorporates by reference all of the proceeding paragraphs.

(58)

304. Plaintiff sent a **FOIA/PA** via First Class mail on or about **December 12, 2014** requesting all of all records pertaining to the following:

    a) All documents detailing what prisons or jails(State or Federal) James David Louie was housed in from **December 1990,** til Mr Louie was released, and for what time period

    b) All Marshal's service reports on James David Louie generated from **December 1990,** till Mr Louie was released.

    c) All correspondence to Pennsylvania, New Jersey, and/or Municipality concerning **Robert Burke** and/or **James David Louie**

    d) All visiting sign in sheets detailing **"Official or Family"** visits for James David Louie for the above time frame.

    e) All visiting rejections sheets, detailing James David Louie

        I request the right documents as per Mr President Obama Executive Order of **2010.**

        I preserve my right to appeal any adverse decision not to produce documents under the **FOIA Act,** to the Office of Information and Policy.

        I request a response from your agency within 10 working days of receipt of this request.

305. In a letter dated on or about **May 6, 2015** Plaintiff appealed the agency's non-responsive and/or refusal to acknowledge Plaintiff's request for documents to the **B.O.P.**

306. The **O.I.P.** and the **B.O.P.** are witholding all docuemnts pursuant to the alleged Count.

307. This Count realleges and incorporates by reference all of the proceeding paragraphs.

308. Defendant has violated **FOIA/PA** by improperly witholding records responsive to Plaintiff's request as stated in avermen**t 304** of this herein Complaint

### Plaintiff Request That This Honorable Court:

a) Declare Defendant's failure to Comply with **FOIA/PA** to be unlaw

b) Enjoin Defendant from continuing to withold the records responsive to Plaintiff's **FOIA/PA** request and otherwise order Defendant to produce the requested records without further delay; and

c) Grant Plaintiff such other and further relief that the Court deems proper.

### COUNT L

### VIOLATION OF FOIA/PA OF THE
### UNITED STATES MARSHAL'S SERVICE

**309.** This Count realleges and incorporates by reference all of the proceeding paragraphs.

**310.** Plaintiff sent via a **FOIA/PA** via First Class mail on or about **April 10, 2015** requesting all copies of all records pertaining to the following:

> All reports, memorandums, statements, airtels, copies of any letters, or any writing, and/or inserts on the Subject of "How To Handle", "What To Do" "Any Questions Concerning," and/or "Any Directive Given Concerning the FOIA's and/or PA's filed By This Requester. Time Frame **2014** to the Present.

**311.** In a letter dated on or about **May 6, 2015** Plaintiff appealed the agency's non-responsive and/or refusal to acknowledge Plaintiff's request for documents to the United States Marshal's Service, herein after **U.S.M.S.**

**312.** The **O.I.P.** and the **U.S.M.S.** are witholding all documents pursuant to the alleged Count.

**313.** This Count realleges and incorporates by reference all of the proceeding paragraphs.

314. Defendant has violated **FOIA/PA** by improperly witholding records responsive to Plaintiff's request as stated in averment **310** of this herein Complaint.

### Plaintiff Request That This Honorable Court:

a) Declare Defendant's failure to comply with **FOIa/PA** to be unlawful

b) Enjoin Defendant from continuing to withold the records responsive to Plaintiff's **FOIA/PA** request and otherwise order Defendant to produce the requested records without further delay; and

c) Grant Plaintiff such other and further relief that the Court deems proper.

### COUNT LI

### VIOLATION OF FOIA/PA OF THE
### UNITED STATES MARSHAL'S SERVICE

315. This Count realleges and incorporates by reference all of the proceeding paragraphs.

316. Plaintiff sent a **FOIA/PA** via First Class Mail on or about **February 5, 2015** requesting all copies of all records pertaining to the following:

I request all of the following documents held in your posses sion, all documents either sent by **Joan Markman, Esquire** or received by her, that are on **Robert Burke**, and/or **James David Louie** concerning these individuals and/or "The Donna Willard Murder" any documents or records together with appendics, annexes, inserts, or other material attached to said documents

Additionally, all documents cerncerning why and when she **Joan Markman Esquire,**was removed from either Robert Burke's and/or James David Louie's case and the reason why.

(61)

317. In a letter dated on or about **May 6, 2015** Plaintiff appealed the agency's non-responsive and/or refusal to acknowledge Plaintiff's request for documents for the **U.S.M.S.**

318. The **O.I.P.** and the **U.S.M.S.** are witholding all documents pursuant to the alleged Count.

319. This Count realleges and incorporates by reference all of the proceeding paragraphs.

320. Defendant has violated **FOIA/PA** by improperly witholding records responsive to Plaintiff's request as stated in averment **316** of this herein Complaint.

### Plaintiff Request That This Honorable Court:

a) Declare Defendant's failue to Comply with **FOIA/PA** to be unlawful

b) Enjoin Defendant from continuing to withold the records responsive to Plaintiff's **FOIA/PA** request and otherwise order Defendant to produce the requested records without further delay; and

c) Grant Plaintiff such other and further relief that the Court deems proper.

### COUNT LII

### VIOLATION OF FOIA/PA OF THE
### UNITED STATES MARSHAL'S SERVICE

321. This Count realleges and incorporates by reference all of the proceeding paragraphs.

322. Plaintiff sent a **FOIA/PA** via First Class Mail on or about **December 12, 2015** requesting all copies of all records pertaining to the following:

a) All documents detailing what prisons or jails (State or Federal) James David Louie was housed in from **December 1990** till

Mr Louie was released, and for what time period.

b)  All Marshal's service report on James David Louie
    generate from December 1990 til Mr Louie was released.

c)  All correspondence to Pennsylvania, New Jersey, and/or
    Municipality concerning Robert Burke and/or James David
    Louie

d)  All visiting sugh-in sheets, detailing "Official or Family"
    visits for James David Louie for the above time frame.

e)  All visiting rejection sheets, detailing James David Louie
    FOI request the Right to Documents as per Mr President's
    Executive Order of 2010.

    Preserve my right to "appeal" any adverse decision not to
    produce documents under the FOI Act, to"office of Information
    and Policy."

    I request a response from your agency within **10** working days
    of receipt of this request.

**323.** In a letter dated on or about **May 6, 2015** plaintiff appealed
the agency's non-responsive and/or refusal to acknowledge Plaintiff's
request for documents to the **U.S.M.S.**

**324.** The **O.I.P.** and the **U.S.M.S.** are witholding all documents
pursuant to the alleged Count.

**325.** This Count realleges and incorporates by reference to all
the proceeding paragraphs.

**326.** Defendant has violated **FOIA/PA** by improperly witholding
records responsive to Plaintiff's request as stated in averment **321 of**
this herein Complaint.

**Plaintiff Request That This Honorable Court:**

a)  Declare Defendant's failure to comply with **FOIA/PA** to be
    unlawful

b)  Enjoin Defendant from continuing to withold the records
    responsive to Plaintiff's **FOIA/PA** request and otherwise
    order Defendant to produce the requested records without
    further delay; and

c) Grant Plaintiff such other and further relief that the court deems proper.

## COUNT LIII

### VIOLATION OF FOIA/PA OF THE
### INTERNAL REVENUE SERVICE

327. This Count realleges and incorporates by reference all of the proceeding paragraphs.

328. Plaintiff sent a **FOIA/PA** via First Class Mail on or about **March 18, 2015** requesting all copies of all records pertaining to the following:

All documents concerning the payment of any money pursuant to **5 USC 4502** to **5 USC 4505** on the listed subject. The request directs itself to the prosecutorial and judicial conflicts of interest, non-neutrality, non-impartiality and the corruption of justice in Federal Courts

The Federal Judiciary and Prosecution cannot be independent and impartial when the law permits the Federal Government to secretly award judges money in undisclosed secret cash awards and to provately, secretly, and erroneously "waive" these payments. The Judiciary or prosecution cannot under these circum stances be impartial.

**SUBJECT OF REQUEST:**

**A.** District Court Judge William Yohn
**B.** Magistrate Judge mellenson
**C.** Special Agent Kane
**D.** A.U.S.A. Dobkin
**E.** A.U.S.A. Joan Markman

329. In a letter on or about **May 6, 2015** plaintiff appealed the agency's non-responsive and/or refusal to acknowledge Plaintiff's request for documents to the **I.R.S.**

(64)

330. The O.I.P. **and** the **I.R.S.** are witholding all documents pursuant to the alleged Count.

331. This Count realleges and incorporates by reference to all the proceeding paragraphs.

332. Defendant has violated **FOIA/PA** by improperly witholding records responsive to Plaintiff's request as stated in averment 328 of this herein  Complaint.

### Plaintiff Request That This Honorable Court:

a) Declare Defendant's Failure to comply with FOIA/PA to be unlawful.

b) enjoin Defendant from continuing to withold the records responsive to Plaintiff's FOIA/PA request and otherwise order Defendant to produce the requested records without further delay; and

c) Grant Plaintiff such other and further releif that the Court deems proper.

### COUNT LIV
### VIOLATION OF FOIA/PA OF THE
### INTERNAL REVENUE SERVICE

333. This Count realleges and incorporates by reference all of proceeding paragraphs.

334. Plaintiff sent a **FOIA/PA** via First Class mail on or about **April 10, 2015** requesting all copies of all records pertaining to the following:

> All Reports, Memorandums, Statements, Airtels, Copies of any Letters or any writing and/or Inserts ON The Subject of "How To Handle," " What To Do" " Any Questions Concerning," and/or "Any Directives Given Concerning, The FOIA's and/or PA's filed By This Requester. Time Frame **2014** to the **Present.**

335. In a letter dated on or about **May 6, 2015** Plaintiff appealed the agency's non-responsive and/or refusal to acknowledge Plaintiff's request for documents to the **I.R.S.**

336. The **O.I.P.** and the **I.R.S.** are witholding all documents pursuant to the alleged Count.

337. This Count realleges and incorporates by reference all of the proceeding paragraphs.

338. Defendant has violated **FOIA/PA** by improperly witholding records responsive to Plaintiff's request as stated in averment **334** of this herein Complaint.

### Plaintiff Request That This Honorable Court:

a) Declare Defendant's failure to comply with FOIA/PA to be unlawful.

b) Enjoin Defendant from continuing to withold the records responsive to Plaintiff's **FOIA/PA** request and otherwise order Defendant to produce the requested records without further delay; and

c) Grant Plaintiff such other and further relief that the Court deems proper.

### COUNT LV

### VIOLATION OF FOIA/PA OF THE
### INTERNAL REVENUE SERVICE

339. This Count realleges and incorporates by reference all of the proceeding paragraphs.

340. Plaintiff sent a **FOIA/PA** via First Class Mail on or about **April 16, 2015** requesting all copies of all records pertaining to the following;

(66)

**SUBJECT OF REQUEST: Morton Laken**

**Item(s) Requested-** All reports, memorandums, statements, copies of letters or any writings, airtels, and/or inserts on Subject Morton Laken(Deseased- see enclosure) The Time Frame is between **January 1988** to the **Present.**

341. In a letter dated on or about **May 6, 2015** Plaintiff appealed the agency's non-responsive and/or refusal to acknowledge Plaintiff's request for documents to the I.R.S.

342. The **O.I.P.** and the **I.R.S.** are witholding all documents pursuant to the alleged Count.

343. This Count realleges and incorporates by reference all of the proceeding paragraphs.

344. Defendant has violated **FOIA/PA** by improperly witholding records responsove to plaintiff's request as stated in averment 3 40 of this herein Complaint.

### PLAINTIFF REQUEST THAT THIS HONORABLE COURT:

a) Declare defendant's failure to comply with **FOIA/PA** to unlawful

b) Enjoin Defendant from continuing to withold the records responsive to Plaintiff's **FOIA/PA** request and otherwise order Defendant to produce the requested records without further delay; and

c) Grant Plaintiff such other and further relief that the Court deems proper.

### COUNT LVI

### VIOLATION OF FOIA/PA OF THE EXECUTIVE OFFICE OF THE UNITED STATES ATTORNEY

345. This Count realleges and incorporates by reference all of the proceeding paragraphs.

(67)

346. Plaintiff sent a **FOIA/PA** via First Class Mail on or about **April 10, 2015** requesting all copies of all records pertaining to the following:

> All Reports, Memorandums, Statements, Airtels, Copies of any Letters or any writing and/or Inserts On The Subject of "How To Handle," "What To Do" " Any Qustions Concerning," and/or " Any Directives Given Concerning The FOIA's and/or PA's Filed By This Requester." Time Frame from **2014** to the **Present.**

347. In a letter dated on or about **May 5, 2015** Plaintiff appealed the agency's non-responsive and/or refusal to acknowledge Plaintiff's request for documents to the **E.O.U.S.A.**

348.꜀The **O.I.P.** and the **E.O.U.S.A.** are witholding all documents pursuant to the alleged Count.

349. This Count realleges and incorporates by reference all of the proceeding paragraphs.

350 Defendant has violated **FOIA/PA** by improperly witholding records responsive to Plaintiff's request as stated in averment **346** of this herein Complaint.

### Plaintiff Request That This Honorable Court:

a) Declare defendant's failure to comply with FOIA/PA to be unlawful

b) Enjoin Defendant from continuing to withold the records responsive to Plaintiff 's FOIA/PA request and otherwise order Defendant to produce the requested records without further delay; and

c) Grant Plaintiff such other and further relief that the Court deems proper.

(68)

## COUNT LVII

### VIOLATION OF FOIA/PA OF THE
### NATIONAL ARCHIVES AND RECORD ADMINISTRATION

**351.**   This Count realleges and incorporates by reference all of the proceeding paragraphs.

**352.** Plaintiff sent a FOIA/PA via First Class mail on or about **October 12, 2014** requesting all copies of all records pertaining to the following:

1) Any reports, memorandums, or anything in writing on a "Plea" offered to Robert Burke, from the United States Attorney's Office for the Eastern District of Pennsylvania

2) Any Reports, Memorandums, or anything in writing on a "Plea" that may have been offered or planned to be offered to Robert Burke, from the United States Attorney's office for the Eastern District of Pennsylvania.

3) Any reports, memorandum, or anything in writing on <u>any</u> dealing with Robert Burke's Attorney(s) concerning any aspect of a plea that was, or planned to be offered to Robeet Burke.

**353.** In a letter dated on or about **January 4, 2015** Plaintiff appealed the agency's non-responsive and/or refusal to acknowledge Plaintiff's request for documents to the National Archives and Record Administrative.

**354.**   The **O.I.P.** and the National Archives and Record Administrative are witholding all documents pursuant to the alleged count.

**355.**   This Count realleges and incorporates by reference all of the proceeding paragraphs.

(69)

356. Defendant has violated **FOIA/PA** by improperly witholding records responsive to Plaintiff's request as stated in averment 352 **of** this herein Complaint.

### Plaintiff Request That This Honorable Court:

a) Declare defendant's failure to comply with FOIA/PA to be unlawful.

b) Enjoin Defendant from continuing to withold the records responsive to Plaintiff's FOIA/PA request and otherwise order Defendant to produce the requested records without further delay; and

c) Grant Plaintiff such other and further relief that the Court deems proper.

357. All documents sent to Plaintiff muct be identified to the proper Agency and Requests (See Averment s of herein filed complaint) made by the Plaintiff

358. All Defendants are subject to and must comply with the Federal Rules of Civil Procedure :`

359. Defendants must give to PLaintiff **100** _free_ pages _for every request made_ by Plaintiff as set forth in each of the **57** averments as set forth in this herein Complaint.

**WHEREFORE**, Plaintiff restates his request to this Honorable Court:

a) Declare Defendent's failure to comply with FOIA/PA to be unlawfule.

b) Enjoin Defendant from continuing to withold the records responsive to Plaintiff's FOIA/PA request and otherwise order Defendent to produce the requested records without further delay; and

c) Grant Plaintiff such other and further relief that the Court deems proper.

_6/29/15_
DATE

x _Robert Burke_
Robert Burke

## CERTIFICATE OF SERVICE

I, _____**Robert Burke**_____, do hereby certify under penalty of perjury [28 USC §1746] that I have this day mailed and served the attached: ____**FOIA/ COMPLAINT**____

_____ by depositing same in the prison legal mailbox with First Class postage affixed and addressed as follows:*

> U.S. District Court
> District of Columbia
> 333 Constitution Ave. NW   Rm/5523
> Washinton, D.C. 20001

Done this _29th_ day of _June_, 2015____.

_(signature)_

Robert Burke

---

* This affirmation is intended to comply with Rule 4(c), Fed. R.A.P., with presumption of "mailbox" filing under <u>Houston v. Lack</u>, 487 U.S. 266 (1988).